**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7343

MARIE THERESE ASSA'AD-FALTAS,

Plaintiff - Appellant,

v.

WASHAVA MOYE, officially as Interim Director of Alvin S. Glen Detention Center ("ASGDC"), for injunctive relief and declaratory relief, and individually for damages; DONALD JOHN ZELENKA, officially as Deputy Attorney General of South Carolina ("SCAG") and as Chief of SCAG's office's Criminal Division, officially for declaratory and injunctive relief, and individually for damages; ALL OTHER UNKNOWN-NAMES PERSONS, who injured and/or conspired to injured Plaintiff; SARA HEATHER SAVITZ WEISS, individually for damages; HENRY DARGAN MCMASTER, solely officially as Governor of South Carolina ("SC"), and solely for declaratory and injunctive relief,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, Senior District Judge. (3:22-cv-02018-TLW)

Submitted: July 20, 2023                                    Decided: July 24, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

——————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's orders accepting the magistrate judge's recommendations to (1) deny Assa'ad-Faltas' motion for a temporary restraining order; and (2) dismiss, after a 28 U.S.C. § 1915 review, Assa'ad-Faltas' 42 U.S.C. § 1983 action. On appeal, we confine our review to the issues raised in the informal brief and in the Appellant's objections to the magistrate judge's recommendations. *See* 4th Cir. R. 34(b); *see also Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017). We have reviewed the record in conjunction with the preserved issues and have found no reversible error. Accordingly, we affirm the district court's orders. *Assa'ad-Faltas v. Moye*, No. 3:22-cv-02018-TLW (D.S.C. Nov. 7, 2022). We deny Assa'ad-Faltas' motions for appointment of counsel, to file a formal brief, for an extension of time to file a formal brief, and to file a supplemental brief and appendix, as well as her request to transfer this matter to a different district judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3